# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Bobbie Ann Martin<br>530 Oglethorpe Ave Apt G2<br>Athens, GA  30606 | **CHAPTER 13**<br><br>**Case Number:** 10-31745-JPS<br><br>**ATTORNEY:**  Christopher R. Morgan |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $219.47 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

Zenith Acquisition Corp
P.O. Box 850
Amherst, NY 14226

**DATED:** January 2, 2014

/s/ Camille Hope

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**